RONALD R. HAVEN, ESQ. / SBN: 061448
**SHEPARD & HAVEN, LLP**
3600 American River Drive, Ste. 120
Sacramento, CA 95864
Telephone: (916) 487-7900
Facsimile: (916) 487-9291

Attorneys for Plaintiffs
JOELLEN ROBERTS, WAYNE ROBERTS,
JOSEPH ROBERTS and JAMES ROBERTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOELLEN ROBERTS, WAYNE ROBERTS, JOSEPH ROBERTS and JAMES ROBERTS,<br><br>Plaintiffs,<br><br>v.<br><br>ORANGE GLO, ORANGE GLO INTERNATIONAL INC., APPEL CO., CHURCH & DWIGHT, CHURCH & DWIGHT CO., INC., and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____/ | No. 2:14-CV-00421-WBS-DAD<br><br>**NOTICE OF DISMISSAL OF ORANGE GLO, ORANGE GLO INTERNATIONAL INC., APPEL CO., and CHURCH & DWIGHT ONLY; and [PROPOSED] ORDER THEREON**<br><br>_____/ |

Plaintiffs JOELLEN ROBERTS, WAYNE ROBERTS, JOSEPH ROBERTS and JAMES ROBERTS, by and through their counsel of record, hereby request that the Court dismiss Defendants ORANGE GLO, ORANGE GLO INTERNATIONAL INC., APPEL CO., and CHURCH & DWIGHT only as to the above-entitled matter, without prejudice.

Dated: July 11, 2014                **SHEPARD & HAVEN, LLP**

By: /s/RONALD R. HAVEN
    RONALD R. HAVEN

**ORDER**

Pursuant to the foregoing this Court dismisses Defendants ORANGE GLO, ORANGE GLO INTERNATIONAL INC., APPEL CO., and CHURCH & DWIGHT only without prejudice.

**IT IS SO ORDERED.**

Dated: July 18, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE
## (CCP Sections 1013, 1013a and 2015.5)

I am a citizen of the United States and employed in the County of Sacramento. I am over the age of 18 and not a party to the within action. My business address is 3600 American River Drive, Suite 120, Sacramento, California.

On the date set forth below, I served the following documents:

**NOTICE OF DISMISSAL AS TO DEFENDANTS ORANGE GLO, ORANGE GLO INTERNATIONAL INC., APPEL CO., AND CHURCH & DWIGHT ONLY**

**[ X ]  BY MAIL.**   By placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mailbox at Sacramento, California, addressed as set forth below. I am familiar with the business practice of Shepard & Haven, LLP with regard to collection and processing of documents for mailing with the United States Postal Service. The document(s) described above were sealed and placed for collection and mailing on the date stated below. Pursuant to said business practices, documents are deposited with the United States Postal Service in Sacramento, California, that same day in the ordinary course of business.

**[  ]  BY PERSONAL SERVICE**. I have caused such document(s) to be delivered by hand to the office(s) of the person(s) listed below.

**[  ]  BY FEDERAL EXPRESS.**

**[  ]  BY FACSIMILE SERVICE**. I have transmitted such document(s) by facsimile machine to the facsimile number listed below.

| | |
|---|---|
| Kathleen Taylor Sooy, Esq.<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-2608<br>Facsimile: (202) 628-5116<br>Email: ksooy@crowell.com | Attorneys for Defendants<br>CHURCH & DWIGHT CO., INC. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 11, 2014, at Sacramento, California.

                                                /s/ CHERI BOWDEN
                                                CHERI BOWDEN